COM.

v.

JACQUES, R.

577 EDA 2016

Superior Court of Pennsylvania.

03/08/2017

CP–45–CR–0001292–2008
(Monroe)

Affirmed—Application to Withdraw as Counsel Granted

JP MORGAN CHASE BANK

v.

DAVIS, S.

1463 EDA 2016

Superior Court of Pennsylvania.

03/08/2017

No. 13–4900
(Delaware)

Affirmed

ESTATE OF William B. HUTCHENS, Deceased

1669 EDA 2016

Superior Court of Pennsylvania.

03/08/2017

2013–0516
(Northampton)
Affirmed

ESTATE OF William B. HUTCHENS, Deceased

1706 EDA 2016

Superior Court of Pennsylvania.

03/08/2017

2013–0516
(Northampton)
Affirmed

COM.

v.

BRITO, R.

769 MDA 2016

Superior Court of Pennsylvania.

03/08/2017

CP–67–CR–0001898–2008
(York)